Reset Form

UNITED STATES DISTRICT COURT

# memorandum

DATE: March 20, 2017

REPLY TO ATTN OF: Jody

SUBJECT: Possibly Related Case

CASE NUMBER: 1:17-cv-257

CASE CAPTION: Lemke et al v. Michigan State University et al

FILED - KZ
March 22, 2017 9:38 AM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
  jlb   Scanned by /3-22-17

TO: Magistrate Judge Carmody

According to the Complaint the attorney of record indicates this case is related to the cases listed below:

Judge Gordon J. Quist

Case Number  1:17-cv-29

Case Number  1:17-cv-222

Case Number _____

✓ Case is related        ____ Case is not related

Pursuant to Local Civil Rule 3.3(d)(iii)(A), civil cases are deemed related when a filed case:

____ (1) relates to property involved in an earlier numbered pending suit

✓ (2) arises out of the same transaction or occurrence and involves one or more of the same parties as a pending suit

____ (3) involves the validity or infringement of a patent already in suit in any pending earlier numbered case

____ (4) is a refiling of an earlier case that was dismissed or remanded to state court

COMMENTS BY MAGISTRATE JUDGE: _____

Dated: March 21, 2017    _Ellen S. Carmody_
                          Signature

X  Direct assignment performed
____ Random assignment performed

Initials _JB_    Date  3-22-17

07/15