UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LINDSEY LEMKE, et al.,

        Plaintiffs,                        Case No. 1:17−cv−00257−GJQ−ESC

    v.

MICHIGAN STATE UNIVERSITY, et al.,

        Defendants.
_____/

## CLERK'S NOTICE

The clerk's office has reviewed the following recent filing and notifies the filer as follows:

TO:  John Fraser

RE:  Sealed Document – #45

REASON FOR NOTICE:  This case is consolidated, with a designated lead case. This document was electronically filed in the *member* case, after the judge has ordered documents be filed in the *lead* case.

RECOMMENDED ACTION:  None. The Clerk's Office will make any necessary edits to the lead docket.

For further assistance, please contact the ECF Help Desk at ecfhelp@miwd.uscourts.gov, or by phone at (800) 290−2742 or (616) 456−2206.

                                                      CLERK OF COURT

Dated:  June 15, 2017        By:    /s/ M. Garcia
                                                   Deputy Clerk