UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

| | |
|---|---|
| RACHAEL DENHOLLANDER, et al., | HON. GORDON J. QUIST |
| Plaintiffs, | |
| v. | Lead Case No. 1:17-CV-29 |
| MICHIGAN STATE UNIVERSITY, et al., | Member Case No. 1:18-CV-173 |
| Defendants. | |

_____/

**ORDER GRANTING MOTION
FOR APPROVAL OF SETTLEMENT**

Upon review of Plaintiff's Motion for Approval of Settlement and following a hearing on the motion, and the Court being otherwise fully advised,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Approval of Settlement (ECF No. 974) is **GRANTED**.

**IT IS FURTHER ORDERED** that the settlement amount for the minor settling Plaintiff, to be paid pursuant to a structured settlement, including attorney fees and costs, is approved.


Dated:  March 11, 2019                                 /s/ Gordon J. Quist
                                                                    GORDON J. QUIST
                                                         UNITED STATES DISTRICT JUDGE